CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMITH REDDY SURAKANTI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 5:25-cv-07983-PCP<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

The parties submit this joint status report regarding Plaintiffs' Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status.  On December 3, 2025, the Court granted the parties' request to stay proceedings until January 28, 2026, to allow the agency to further process Plaintiffs' petitions and applications.

United States Citizenship and Immigration Services ("USCIS") has acted on additional Plaintiffs' I-526E petitions and four remain pending. In view of USCIS's action, the parties conferred and agreed to continue the stay of the litigation deadlines in this case to allow the agency to further process the remaining Plaintiffs' petitions. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 28, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of

proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: January 28, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: January 28, 2026

*/s/ Kristina David*
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   February 3, 2026

HON. P. CASEY PITTS
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.