CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMITH REDDY SURAKANTI, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>                    Defendant. | Case No. 5:25-cv-07983-PCP<br><br>**JOINT STATUS REPORT AND STIPULATION<br>TO LIFT STAY OF PROCEEDINGS;<br>~~[PROPOSED]~~ ORDER** |

The parties apologize to the Court for their delay in submitting a joint status report by April 28, 2026, due to the need for the parties to confer on the case status and reach agreement on the stipulation. The parties submit this joint status report regarding Plaintiffs' Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status. On February 3, 2026, the Court granted the parties' request to stay proceedings until April 28, 2026, to allow the agency additional time to further process Plaintiffs' Form I-526E petitions.

United States Citizenship and Immigration Services ("USCIS") has taken further action on the remaining Form I-526E petitions. Form I-485 applications remain pending for Plaintiffs Vijay Nagandla and Yuxin Li. The parties conferred and request the stay in this case be lifted and the case be placed on the Court's active docket. The parties propose the following briefing schedule:

1.        Defendants will file their response to Plaintiffs' complaint by May 28, 2026.

2. Defendants will file their motion for summary judgment by June 29, 2026.

3. Plaintiffs will file their cross-motion for summary judgment and opposition to Defendants' motion by July 29, 2026.

4. Defendants will file their reply and opposition to Plaintiff's motion by August 12, 2026.

5. Plaintiff will file her reply by August 26, 2026.

6. The parties will notice a hearing on their cross motions for summary judgment for September 10, 2026, at 10:00 a.m.

The parties respectfully request that the Court grant their stipulation.


Dated: April 30, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants


Dated: April 30, 2026

/s/ Kristina David
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiffs


**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: May 1, 2026

HON. P. CASEY PITTS
United States District Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.