CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMITH REDDY SURAKANTI, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>            Defendant. | Case No. 5:25-cv-07983-PCP<br><br>**STIPULATION TO REVISED BRIEFING SCHEDULE FOR THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

On May 1, 2026, the Court granted the parties' proposed briefing schedule for their cross motions for summary judgment. *See* Dkt. No. 17. Plaintiffs and Defendant now stipulate and respectfully request the Court to grant a revised schedule for the parties' cross motions for summary judgment.  The parties make this request because Defendant's counsel has been dealing with urgent litigation matters in other cases and needs a brief period of additional time to prepare Defendant's motion. The parties stipulate and respectfully request the Court to grant the parties' revision of the briefing schedule as follows:

1.      Defendant will file their motion for summary judgment by July 17, 2026.

2.      Plaintiffs will file their cross-motion for summary judgment and opposition to Defendant's motion by August 19, 2026.

3.      Defendant will file their reply and opposition to Plaintiffs' motion by September 2, 2026.

Stipulation to Stay
Case No. 5:25-cv-07983-PCP                              1

4.    Plaintiffs will file their reply by September 16, 2026.

5.    The parties will notice a hearing on their cross motions for summary judgment for October 1, 2026, at 10:00 a.m.

The parties respectfully request that the Court grant their stipulation.

Dated: June 29, 2026                                   Respectfully submitted,[1]

                                                      CRAIG H. MISSAKIAN
                                                      United States Attorney


                                                       /s/ Molly A. Friend
                                                      MOLLY A. FRIEND
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants


Dated: June 29, 2026

                                                      /s/ Kristina David
                                                      KRISTINA DAVID
                                                      David Strashnoy Law, PC
                                                      Attorney for Plaintiffs


**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:  July 6, 2026

                                                      HON. P. CASEY PITTS
                                                      United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 5:25-cv-07983-PCP                                 2